MIE 1A
Revised 08\18

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**
**for the**
**Eastern District of Michigan**

UNITED STATES OF AMERICA

     v.

PERRIN, Christopher                                    Crim. No.:  15-CR-20759-01

On 08/30/2022 the Court authorized the issuance of a supervised release summons based upon a violation petition citing violation(s) of supervision.  The issue(s) of the violation(s) was/were heard in Court on 03/30/2023, and the Court made the following finding(s):

  x  Guilty of violating condition(s) of supervision.  The following special condition(s) of supervision is/are added.

"You must reside in a Residential Reentry Center (RRC) for 90 consecutive days.  You must follow the rules and regulations of the center.  Subsistence is waived.  You are authorized to lock your personal cellular phone, which is currently being monitored by the probation department, in your vehicle and are authorized to use this personal cellular phone when outside of the RRC."

Respectfully submitted,

s/Russell W. LaForet
Russell W. LaForet
Supervising U.S. Probation Officer

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 30th Day of March, 2023.

s/Matthew F. Leitman
Matthew F. Leitman
United States District Judge