MIE 1A  
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Michigan

UNITED STATES OF AMERICA

      v.

PERRIN, Christopher                                                       Crim. No.:  15-CR-20759-01

On 08/30/2022 the Court authorized the issuance of a supervised release summons based upon a violation petition citing violation(s) of supervision.  The issue(s) of the violation(s) was/were heard in Court on 03/30/2023, and the Court made the following finding(s):

  __x__  Guilty of violating condition(s) of supervision.  The following special condition(s) of supervision is/are added.

"You must reside in a Residential Reentry Center (RRC) for 60 consecutive days.  You must follow the rules and regulations of the center.  Subsistence is waived.  You are authorized to lock your personal cellular phone, which is currently being monitored by the probation department, in your vehicle and are authorized to use this personal cellular phone when outside of the RRC."

                                                              Respectfully submitted,

                                                              s:/ Russell W. LaForet  
                                                              Russell W. LaForet  
                                                              Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

      Dated this 30th Day of March, 2023.

                                                               s/Matthew F. Leitman  
                                                              Honorable Matthew F. Leitman  
                                                              United States District Judge